

**ORDERED in the Southern District of Florida on May 8, 2017.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
*www.flsb.uscourts.gov*

In Re:

Omar Porto

Case No. 17-14039-RAM
Chapter 7

_____ Debtor    /

**ORDER GRANTING TRUSTEE'S *EX PARTE* MOTION FOR AN
AGREED EXTENSION OF TIME TO OBJECT TO
THE DEBTOR'S CLAIM OF EXEMPTIONS AND DISCHARGE**

THIS CAUSE came before the Court upon Marcia T. Dunn, *Trustee's Ex Parte Motion for an Agreed Extension of Time to object to the Debtor's Claim of Exemptions and Discharge*, (the "Motion").  The Court having reviewed the Motion and having been advised of the agreement of counsel finds good cause for granting same.  Accordingly, it is

**ORDERED** as follows:

17-14039-RAM

The Trustee is **granted** an extension of time, up to and including June 30, 2017 to object to the Debtor's claimed exemptions, and up to and including July 31, 2017 to object to the Debtor's discharge, if necessary.

# # #

**Submitted by:**
Marcia T. Dunn, Trustee
555 N.E. 15th Street
Suite 934-A
Miami, Fl.   33132
Telephone: (786) 433-3866
Facsimile:   (786) 260-0269
mdunn@dunnbankruptcy.com

**Copies via U.S. Mail furnished to:**
Omar Porto, Debtor
29824 SW 148 Avenue
Homestead, FL 33033

**Electronically via CM/ECF**
Office of the United States Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robert Sanchez, Esq.
Debtor's Counsel
court@bankruptcyclinic.com

(*Marcia T. Dunn is directed to serve a conformed copy of this Order on the parties listed above and to file a certificate of service with the Court*)

2